# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00856-MSK-MEH

DAWN M. CAMPBELL,

      Plaintiff,

v.

SAFEWAY STORES, INC.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2010.**

      The Motion to Set Deadline for Filing Stipulation to Dismiss and to Vacate Scheduling Conference [filed July 15, 2010; docket #13] is **granted**. In light of the settlement, the Scheduling Conference set for July 19, 2010, is hereby **vacated**. The parties shall file dismissal papers on or before **July 26, 2010**.